J. H. THERRELL, as Liquidator of Bank of Bay Biscayne, v. AGNES R. SMITH.

168 So. 394.
Opinion Filed April 30, 1936.

*Kehoe & Kehoe* and *S. J. Barco,* for Petitioner;
*Botts & Field,* for Respondent.
*Sanders & Maxwell,* as *amici curiae.*

PER CURIAM.—This is a compaion case to that of Therrell, as Liquidator, etc., v. R. F. Smith, and is in all respects to be governed by the conclusions reached in that case.

Therefore, the judgment of the Circuit Court in this case is quashed on authority of the opinion and judgment in the case of Therrell, as Liquidator, v. R. F. Smith, filed at this term of the Court.

So ordered.

WHITFIELD, C. J., and TERRELL, BUFORD and DAVIS, J. J., concur.